STATE ex rel. UTILS. COMM'N v. CAROLINA WATER SERV., INC.

No. 267PA02

Case below: 149 N.C. App. 656

Conditional petition by respondent for discretionary review pursuant to G.S. 7A-31 as to additional issues of the decision of the North Carolina Court of Appeals allowed 11 July 2002.

TRUJILLO v. N.C. GRANGE MUT. INS. CO.

No. 255P02

Case below: 149 N.C. App. 811

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 15 August 2002.

UNDERWOOD v. NORTHWESTERN MUT. LIFE INS. CO.

No. 288P02

Case below: 149 N.C. App. 979

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 15 August 2002. Conditional petition by defendants for discretionary review pursuant to G.S. 7A-31 as to additional issues of the decision of the North Carolina Court of Appeals dismissed as moot 15 August 2002.

WACHOVIA BANK OF N.C. v. WEEKS

No. 148P02

Case below: 149 N.C. App. 234

Petition by intervenor plaintiff (Sadie Graham Hart) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 15 August 2002. Motion by defendant to dismiss pursuant to Rule 21(c) dismissed as moot 15 August 2002.

ZABEN v. GARDINER

No. 289P02

Case below: 149 N.C. App. 979

Motion by defendant to withdraw petition for discretionary review allowed 15 August 2002.